**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**RYAN PFLIPSEN,**

*Plaintiff*,

**v.**                                                     **Case No.  SA-25-CV-00335-JKP**

**CIRCLE K STORES INC,**

*Defendant*.

## O R D E R

Before the Court is Plaintiff's Unopposed Motion to Dismiss seeking to dismiss this cause with prejudice. *ECF No. 17*. Plaintiff represents to this Court the parties have reached a settlement agreement. *Id*. The Court deems the terms of this dismissal to be proper pursuant to Federal Rule of Civil Procedure 41(a)(2).

In accordance with Federal Rule 41(a)(2), it is **ORDERED** Plaintiff's Motion to Dismiss, (*ECF No. 17*), is **GRANTED**; all causes of action asserted by Plaintiff are **DISMISSED** with prejudice**. IT IS FURTHER ORDERED** all costs and attorneys' fees shall be paid by the party incurring them.

The Clerk of Court is **DIRECTED** to close the case.

It is so ORDERED.
SIGNED this 21st day of July, 2025.

JASON  PULLIAM
UNITED STATES DISTRICT JUDGE